IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOI M. KELLY,
    Petitioner,

v.                                                        Civil Action No. 3:22cv93

COMMONWEALTH OF VIRGINIA, et al.,
    Respondents.

## MEMORANDUM OPINION

By Memorandum Order entered on March 4, 2022, the Court conditionally docketed the petitioner's action and informed her that she must keep the Court informed of her current address. On May 6, 2022, United States Postal Service returned an April 28, 2022 Memorandum Order to the Court marked, "RETURN TO SENDER" and "INMATE RELEASED." Since that date, the petitioner has not contacted the Court to provide a current address. The petitioner's failure to contact the Court and provide a current address indicates her lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/ K
John A. Gibney, Jr.
Senior United States District Judge

Date: 26 May 2022
Richmond, Virginia